AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| IntraBio Inc. and IntraBio Limited <br><br> *Plaintiff(s)* <br> v. <br> Tesseract Medical Research, LLC, Tesseract Medical Research MidCo, Inc. and Tesseract Holding, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-cv-00446-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tesseract Medical Research, LLC
c/o Delaware Corporate Services Inc.
919 N. Market St.
Suite 725
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/10/2025

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-00446-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* TESSERACT MEDICAL RESEARCH, LLC
was received by me on *(date)* 04/11/2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DELAWARE CORPORATE SERVICES INC., AS REGISTERED AGENT, ACCEPTED BY STEPHANIE HERNANDEZ (MANAGING AGENT EMPLOYED AT REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* TESSERACT MEDICAL RESEARCH, LLC
919 N. MARKET ST., STE 725, WILMINGTON, DE 19801   on *(date)* 04/11/2025

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 04/11/2025

*Server's signature*

GILBERT DEL VALLE   PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS 1-5; CIVIL COVER SHEET; NOTICE, CONSENT US MAGISTRATE JUDGE; REPORT TO THE COMMISSIONER PTM; DISCLOSURE STATEMENT PURSUANT TO 7.1;